583 A.2d 310

STATE OF NEW JERSEY v. EDWARD SMITH.

January 23, 1990.

Petition for certification denied.

583 A.2d 310

STATE OF NEW JERSEY v. RICHARD KIRKLAND.

January 23, 1990.

Petition for certification denied.

583 A.2d 311

STATE OF NEW JERSEY v. KENNETH C. ALLEBACH.

January 23, 1990.

Petition for certification denied.

583 A.2d 311

STATE OF NEW JERSEY v. ELIZABETH HORNSTEIN.

January 23, 1990.

Petition for certification denied.

583 A.2d 311

STATE OF NEW JERSEY v. CARLOS CAMPOS.

January 23, 1990.

Petition for certification denied.